

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TWO THOUSAND EIGHT HUNDRED AND FORTY DOLLARS ($2,840.00) IN UNITED STATES CURRENCY, | § § § | No. 08-13-00287-CV

Appeal from |
| Appellant, | § § | Criminal District Court No. 1 |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § § | (TC # 2012DCV05894) |
| Appellee. | | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellant, Johnny Lee Dennis, has failed to pay the case filing fee and has failed to comply with a notice by the Clerk requiring a response, we dismiss the appeal for want of prosecution.

The trial court entered a summary judgment and Appellant filed a timely notice of appeal but he has not paid the case filing fee of $195.00 nor has he established he is indigent in accordance with TEX.R.APP.P. 20.1. On November 7, 2013, the Clerk of the Court sent Appellant a letter notifying him that the case filing fee had not been paid and failure to pay it within twenty days could result in dismissal of the appeal for want of prosecution pursuant to TEX.R.APP.P. 42.3(b) and (c). Appellant has not paid the filing fee or otherwise responded to the Clerk's inquiries. We therefore dismiss the appeal.

February 19, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.